**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-31-GAF | Date | July 14, 2008 |
|---|---|---|---|
| Title | Brusa v. APL Maritime, Ltd., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Michele Murray | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       (In Chambers)

### ORDER TO SHOW CAUSE

Having failed to participate in the preparation of the Rule 26(f) Joint Statement and having made himself unavailable to counsel for the defendants regarding the Rule 26(f) Joint Statement and the Court's Scheduling Conference, Plaintiff Charles B. Brusa is **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute. The response to the OSC must be filed with this Court no later than the close of business on Friday, July 25, 2008.

**FAILURE TO RESPOND TO THIS OSC WILL RESULT IN DISMISSAL OF THIS LAWSUIT AND WILL BE DEEMED CONSENT TO SUCH ACTION.**

IT IS SO ORDERED.