JS - 6    LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-31-GAF | Date | July 30, 2008 |
|---|---|---|---|
| Title | Brusa v. APL Maritime, Ltd., et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Michele Murray | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

On July 14, 2008, the Court issued an Order to Show Cause re Plaintiff's failure to appear at the Rule 26(f) Scheduling Conference. The Order specifically warned Plaintiff that the Court could dismiss this action if Plaintiff failed to respond by July 25, 2008. To date, Plaintiff has not filed a response with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer